IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL DAVID JONES | § | |
| VS. | § | CIVIL ACTION NO. 1:25-cv-454 |
| MCLENNAN COUNTY SHERIFF OFFICE | § | |

<u>MEMORANDUM OPINION REGARDING VENUE</u>

Plaintiff Michael David Jones, an inmate at the McLennan County Jail, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983 against the McLennan County Sheriff Office.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

<u>Discussion</u>

Plaintiff complains that he has been served meals containing uncooked rice while confined at the McLennan County Jail.

<u>Analysis</u>

The Civil Rights Act, 42 U.S.C. §1981, *et seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391. *Jones v. Bailey*, 58 F.R.D. 453 (N.D. Ga. 1972), *aff'd per curium*, 480 F.2d 805 (5th Cir. 1973).

Plaintiff does not assert jurisdiction is based on diversity of citizenship. When jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only

in the judicial district where the Defendants reside or in which the claim arose. Plaintiff is currently confined at the McLennan County Jail located in Waco, Texas. In accordance with 28 U.S.C. § 124, McLennan County, Texas is located within the jurisdictional boundaries of the United States District Court for the Western District of Texas, Waco Division. Plaintiff has alleged no basis for jurisdiction which would allow him to bring his lawsuit in the Eastern District of Texas. Therefore, the action should be transferred to the district where Plaintiff is confined and his claim arose, the Western District of Texas.

As McLennan County, Texas is located within the jurisdictional boundaries of the United States District Court for the Western District of Texas, venue in the Eastern District of Texas is not proper. When venue is not proper, the court "shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). This case should be transferred to the United States District Court for the Western District of Texas, Waco Division. An appropriate Order so providing will be entered by the undersigned.

SIGNED this 15th day of September, 2025.

_____
Zack Hawthorn
United States Magistrate Judge